IN THE SUPREME COURT OF THE STATE OF NEVADA

GALAXY GAMING, INC.; MARK LIPPARELLI; NORMAN H. DESROSIERS; WILLIAM A. ZENDER; AND BRYAN W. WATERS,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
TRIANGULUM PARTNERS, LLC,
Real Party in Interest.

No. 79924

FILED

JAN 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss.

Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally, we will not consider writ petitions challenging orders denying motions to dismiss, and we are not persuaded that any exception to the general rule applies here. *Int'l Game Tech., Inc. v. Second Judicial*

20-03294

*Dist. Court*, 124 Nev. 193, 197-98, 179 P.3d 566, 558-59 (2008) (listing exceptions).  Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Pickering

_____, J.
Gibbons

_____, Sr. J.
Douglas

cc:   Hon. Nancy L. Allf, District Judge
      Pisanelli Bice, PLLC
      Garman Turner Gordon
      Eighth District Court Clerk

---

[1]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.